# In the United States Court of Federal Claims

No. 14-992C
(Filed December 12, 2014)
NOT FOR PUBLICATION

```
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
                                                  *
                                                  *
GCC TECHNOLOGIES, LLC,                            *
                                                  *
              Plaintiff,                          *
                                                  *
       v.                                         *
                                                  *
THE UNITED STATES,                                *
                                                  *
              Defendant,                          *
                                                  *
       and                                        *
                                                  *
MONTEREY CONSULTANTS,                             *
INC.,                                             *
                                                  *
              Defendant-intervenor.               *
                                                  *
                                                  *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

## ORDER

Defendant's unopposed motion to dismiss this case is **GRANTED** under Rule 12(b)(1) of the Rules of the United States Court of Federal Claims. The government's announced corrective action, rescinding the award challenged by this bid protest, makes the matter moot. *See Technical Innovation, Inc. v. United States*, 93 Fed. Cl. 276, 279 (2010). The Clerk's office is directed to close the case, and no costs are awarded. The motions by defendant and defendant-intervenor to stay their obligation to file responses to plaintiff's motion for judgment and cross-motions are rendered moot by the dismissal of the case.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge